UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL WHITE, | No.  2:14-cv-0845 DAD P |
| Petitioner, | |
| v. | ORDER AND |
| UNKNOWN, | FINDINGS AND RECOMMENDATIONS |
| Respondents. | |

On May 13, 2014, the court ordered petitioner to file within thirty days a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The court also ordered petitioner to submit within thirty days an application to proceed in forma pauperis or the filing fee in the amount of $5.00.  The thirty day period has now expired, and petitioner has not complied with the court's order or otherwise responded to it.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

1 after being served with these findings and recommendations, petitioner may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that
4 failure to file objections within the specified time may waive the right to appeal the District
5 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6 Dated:  June 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 DAD:9
whit0845.156nopet