UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL WHITE,<br><br>        Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>        Respondents. | No. 2:14-cv-0845 DAD P<br><br><br>ORDER |

On May 13, 2014, the court ordered petitioner to file within thirty days a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The court also ordered petitioner to submit within thirty days an application to proceed in forma pauperis or the filing fee in the amount of $5.00.

On May 22, 2014, petitioner filed a petition for writ of habeas corpus with this court. However, instead of filing the petition in this case, the Clerk of the Court opened a new habeas action and filed the petition in that new case. <u>See</u> Case No. 2:14-cv-1576 AC P. Magistrate Judge Claire screened the newly filed petition and directed the Clerk of the Court to refile the

/////

/////

/////

1  petition in this previously opened case.[1]

2  Petitioner still has not submitted an application to proceed in forma pauperis or the filing fee in the amount of $5.00, however. In the interest of justice, the court will grant petitioner thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's June 25, 2014 findings and recommendations are vacated; and

2. Petitioner is granted thirty days from the date of service of this order to submit an application to proceed in forma pauperis or the filing fee in the amount of $5.00.

Dated: July 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
whit0845.vac

---

[1] The undersigned recently issued findings and recommendations, recommending dismissal of this action based on petitioner's failure to file a petition for writ of habeas corpus and to submit an application to proceed in forma pauperis or the filing fee. In light of the circumstances described above, the court will vacate its findings and recommendations, and the case will proceed in accordance with this order.

2